# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cathy L. Waldor |
| v. | : | Mag. No. 13-7301 (CLW) |
| LUIS MANUEL MOROCHO SANANGO,<br>   a/k/a "Luis Morocho,"<br>   a/k/a "Luis Sanango" | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Josh Hafetz, Assistant United States Attorney, appearing), and the Defendant Luis Manuel Morocho Sanango (Carol Gillen, AFPD, appearing) for an order granting a continuance of the proceedings in the above-captioned matter to allow the parties to conduct plea negotiations and two prior continuances having been entered by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), so that the parties can attempt to resolve the matter and thereby avoid a possible trial, and the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty days of the date of his arrest pursuant to 18 U.S.C. § 3161(b), and the defendant having consented to the continuance and waived such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    1.    Plea negotiations currently are in progress, and both the United States and the Defendant seek additional time to achieve successful resolution of these negotiations, which would render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.

WHEREFORE, it is on this 31st day of March 2014,

ORDERED that the proceedings in the above-captioned matter are continued from the date this order is signed through and including May 20, 2014.

IT IS FURTHER ORDERED that the aforementioned period shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE CATHY L. WALDOR
United States Magistrate Judge

Consented and Agreed to by:

_____
Josh Hafetz
Assistant United States Attorney

_____
Joe Mack
Deputy Chief, General Crimes Unit

_____
Carol Gillen
Counsel for Defendant